UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 17-020170
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

ROBERT B. SMITH A/K/A ROBERT BRUCE, DEBTOR

**Order Filed on July 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 19-30777-ABA

HEARING DATE: AUGUST 26, 2020

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 27, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Stephanie Ritigstein, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 1675 Hollywood Avenue, Blackwood, NJ 08012.

2. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently are in the monthly amount of $839.49.

3. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on July 13, 2020; ECF Doc.:47.

4. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                    Date: 7-23-2020

Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                           Date: 7/23/20

Stephanie Ritigstein, Esquire
Attorney for the Debtor