UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 17-020170
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

ROBERT B. SMITH A/K/A ROBERT BRUCE, DEBTOR

**Order Filed on July 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 19-30777-ABA

HEARING DATE: AUGUST 26, 2020

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 27, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Stephanie Ritigstein, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1.  Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 1675 Hollywood Avenue, Blackwood, NJ 08012.

2.  Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently are in the monthly amount of $839.49.

3.  Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on July 13, 2020; ECF Doc.:47.

4.  This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                    Date:  7-23-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                            Date:  7/23/20
Stephanie Ritigstein, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Robert B. Smith  
    Debtor

Case No. 19-30777-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.
db         +Robert B. Smith,   1675 Hollywood Avenue,   Blackwood, NJ 08012-5032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Elizabeth L. Wassall    on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com, njbankruptcynotifications@logs.com
       Eric Clayman    on behalf of Debtor Robert B. Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com
       Harold N. Kaplan    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust hkaplan@rasnj.com, informationathnk@aol.com
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Stephanie F. Ritigstein    on behalf of Debtor Robert B. Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8