Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30777−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert B. Smith
   aka Robert Bruce
   1675 Hollywood Avenue
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−3281

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 6, 2021
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*65* − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 1675 Hollywood Ave, Blackwood NJ 08012. Fee Amount $ 181. filed by Creditor Citibank, N.A., as Trustee for CMLTI Asset Trust, 60 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Citibank, N.A., as trustee for CMLTI Asset Trust. Objection deadline is 03/26/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Citibank, N.A., as trustee for CMLTI Asset Trust) filed by Rhondi L. Schwartz on behalf of Robert B. Smith. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.


Dated: March 16, 2021
JAN: lgr

                                                                           Jeanne Naughton
                                                                           Clerk