Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30777−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert B. Smith
   aka Robert Bruce
   1675 Hollywood Avenue
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−3281

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              April 6, 2021
Time:                  10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*65* − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 1675 Hollywood Ave, Blackwood NJ 08012. Fee Amount $ 181. filed by Creditor Citibank, N.A., as Trustee for CMLTI Asset Trust, 60 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Citibank, N.A., as trustee for CMLTI Asset Trust. Objection deadline is 03/26/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Citibank, N.A., as trustee for CMLTI Asset Trust) filed by Rhondi L. Schwartz on behalf of Robert B. Smith. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.


Dated: March 16, 2021
JAN: lgr

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-30777-ABA
Robert B. Smith  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

**Recip ID    Recipient Name and Address**
db    + Robert B. Smith, 1675 Hollywood Avenue, Blackwood, NJ 08012-5032

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

**Name    Email Address**

Denise E. Carlon
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eric Clayman
    on behalf of Debtor Robert B. Smith mail@jenkinsclayman.com  connor@jenkinsclayman.com

Harold N. Kaplan
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 173 | Total Noticed: 1 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rhondi L. Schwartz
    on behalf of Debtor Robert B. Smith mail@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Robert B. Smith mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10