**JENKINS & CLAYMAN**
Rhondi Lynn Schwartz, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Robert B. Smith, | CHAPTER 13 CASE NO.: 19-30777-ABA |
| Debtor | CERTIFICATION TO WITHDRAW |

I, Rhondi Lynn Schwartz, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On September 28, 2021, our office filed a Certification in Opposition (Docket #87).

2. We respectfully request that this entry be withdrawn.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 18, 2021                    /s/ Rhondi Lynn Schwartz
                                           Rhondi Lynn Schwartz, Esquire