Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−30777−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert B. Smith
   aka Robert Bruce
   1675 Hollywood Avenue
   Blackwood, NJ 08012

Social Security No.:
  xxx−xx−3281

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/9/21 at 10:00 AM

to consider and act upon the following:

**90** − Certification in Opposition to (related document:88 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 1675 Hollywood Ave, Blackwood NJ 08012. Fee Amount $ 181. filed by Creditor Citibank, N.A., as Trustee for CMLTI Asset Trust) filed by Emmanuel J. Argentieri on behalf of United Asset Management, LLC. Objection deadline is 10/18/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor United Asset Management, LLC) filed by Rhondi L. Schwartz on behalf of Robert B. Smith. (Schwartz, Rhondi)

Dated: 10/18/21

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court