| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>United Asset Management, LLC | Order Filed on November 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| ROBERT B. SMITH<br>A/K/A ROBERT BRUCE<br>xxx-xx-3281<br><div align="center">Debtor.</div> | Case No.:    19-30777/ABA<br>Chapter:    13<br><br>Hearing Date: November 9, 2021 at 10:00 a.m. |

## ORDER RESOLVING CERTIFICATION OF DEFAULT SUBMITTED UNDER THE CONSENT OF THE PARTIES

The relief set forth on the following pages numbered two (2) through three (3) are hereby **ORDERED**.

**DATED: November 16, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   ROBERT B. SMITH
Case No:  19-30777/ABA
Caption of Order: **ORDER RESOLVING CERTIFICATION OF DEFAULT**

---

Upon consideration of ("Movant") United Asset Management, LLC's certification of default for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and the Debtor having filed opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1.      Debtor's post-petition mortgage arrearages for the months of June 1, 2021 through November 1, 2021 total $1,204.21 (6 post-petition mortgage payments at $215.69 each, less $89.93 in suspense).  Debtor shall cure the arrearages as follows:

a)      Debtor shall tender the sum of $1,000.00 directly to Movant on or before the close of business for November 30, 2021.  Payment shall be made in certified funds (certified bank check or money order).

b)      Debtor shall tender the balance of the arrearages, $204.21, directly to Movant on or before the close of business for December 31, 2021.  Payment shall be made in certified funds (certified bank check or money order).

c)      If Debtor does not remit payments in accordance with Paragraph 1a and Paragraph 1b above, Movant may immediately file a certification of default with the Court to request relief from stay upon notice to Debtor, Debtor's counsel and the Chapter 13 Trustee.

**(Page 3)**
Debtor:   ROBERT B. SMITH
Case No:  19-30777/ABA
Caption of Order: **ORDER RESOLVING CERTIFICATION OF DEFAULT**

---

2.      Commencing with the December 1, 2021 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

3.      Debtor shall reimburse Movant through his Chapter 13 Plan of Reorganization as an administrative claim the sum of $350.00 for attorney's fees and costs incurred by Movant in the prosecution of its relief application.

4.      **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 1675 Hollywood Avenue, Blackwood, NJ 08012.  The order submitted to the Court will not require the consent of the debtor or the debtor's counsel regarding form or substance, however, the trustee, debtor and his counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

5.      Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the court.