Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                Case No.:  19−30777−ABA
                                                Chapter:  13
                                                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert B. Smith
    aka Robert Bruce
    1675 Hollywood Avenue
    Blackwood, NJ 08012

Social Security No.:
    xxx−xx−3281

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2022
JAN: har

                                                                                                   Jeanne Naughton
                                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert B. Smith  
    Debtor

Case No. 19-30777-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 24, 2022      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert B. Smith, 1675 Hollywood Avenue, Blackwood, NJ 08012-5032 |
| 518549331 | + | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518638912 | + | CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 518631362 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 518549334 | + | Fay Financial, 425 South Financial Street, Suite 2000, Chicago, IL 60605-1000 |
| 518549336 | + | Professional Pain Management, PO Box 8890, Turnersville, NJ 08012-8890 |
| 518549337 | #+ | TD Bank, 601 College Drive, Blackwood, NJ 08012-3238 |
| 519240552 | | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |
| 519240553 | + | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112, United Asset Management, LLC c/o FCI Lender Services 92809-0112 |
| 518549340 | + | Wells Fargo Home Mortgage, c/o Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 24 2022 20:30:00 | Citibank, N.A., as trustee for CMLTI Asset Trust, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518549330 | + | EDI: LCIBAYLN | Jan 25 2022 01:33:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 518549332 | | EDI: MID8.COM | Jan 25 2022 01:33:00 | Citibank, N.A., c/o Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 518557246 | + | Email/Text: RASEBN@raslg.com | Jan 24 2022 20:30:00 | Citibank, N.A., c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518549333 | | EDI: COMCASTCBLCENT | Jan 25 2022 01:33:00 | Comcast Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |
| 518549335 | | EDI: CITICORP.COM | Jan 25 2022 01:33:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518550753 | + | EDI: RMSC.COM | Jan 25 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518578636 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 24 2022 20:33:02 | U.S. Department of HUD, 26 Federal Plaza, Suite |

Case 19-30777-ABA  Doc 99  Filed 01/26/22  Entered 01/27/22 00:14:55  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 148 | Total Noticed: 26 |

| 518573856 | + EDI: WFFC.COM | Jan 25 2022 01:33:00 | 3541, New York, NY 10278 Wells Fargo Bank, N.A., Attention Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 518549338 | + EDI: WFFC.COM | Jan 25 2022 01:33:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, MAC #X7801-013, Fort Mill, SC 29715-7203 |
| 518581469 | + EDI: WFFC.COM | Jan 25 2022 01:33:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 518549339 | + EDI: WFFC.COM | Jan 25 2022 01:33:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 519209714 | + Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2022 20:30:00 | Wilmington Savings Fund Society, FSB et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519209715 | + Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2022 20:30:00 | Wilmington Savings Fund Society, FSB et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB et, c/o Carrington Mortgage Services, LLC 92806-5948 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

**Name**           **Email Address**

Denise E. Carlon
    on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Citibank  N.A., as Trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Emmanuel J. Argentieri
    on behalf of Creditor United Asset Management  LLC bk@rgalegal.com

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 148 | Total Noticed: 26 |

Eric Clayman
    on behalf of Debtor Robert B. Smith mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Harold N. Kaplan
    on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rhondi L. Schwartz
    on behalf of Debtor Robert B. Smith mail@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Robert B. Smith mail@jenkinsclayman.com kevin@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12